UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 18-01304 |
|---|---|---|
| ROSALIND RODGERS | ) ) ) | Chapter: 13 |
|  | ) ) | Honorable Jacqueline Cox |
| Debtor(s) | ) ) |  |

## ORDER VACATING PAYROLL CONTROL ORDER

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is ORDERED:

1) The Amended Order to Employer to Pay the Trustee, Docket #36, is vacated.

2) SOS Security LLC, employer of Rosalind Rodgers, shall immediately cease payroll deductions for monthly payments to the bankruptcy Trustee.

Enter:

*J. Cox    Jacqueline P. Cox*

United States Bankruptcy Judge

Dated: 4-1-19

**Prepared by:**
Jason Cotey
IARDC#6311525
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100

Rev: 20151029_bko